30

SEPTEMBER 12, 1958.

No. 38, Misc., October Term, 1958.  BLOCH *v.* COM-
MISSIONER OF INTERNAL REVENUE.  On petition for writ
of certiorari to the United States Court of Appeals for
the Ninth Circuit.  Dismissed per stipulation pursuant
to Rule 60 of the Rules of this Court.  Petitioner *pro se.*
*Solicitor General Rankin* for respondent.

SEPTEMBER 17, 1958.

No. 87, October Term, 1958.  ALLEN N. SPOONER &
SONS, INC., ET AL. *v.* PORT OF NEW YORK AUTHORITY.
On petition for writ of certiorari to the United States
Court of Appeals for the Second Circuit.  Dismissed per
stipulation pursuant to Rule 60 of the Rules of this Court.
*Martin J. McHugh* was on the stipulation for petitioners.
With him on the petition was *Thomas F. Daly.  John M.
Aherne* was on the stipulation for respondent.